MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)    FILED IN OPEN COURT

DATE: 8/6/2020 @ 3:14
TAPE:
TIME IN COURT: MIN 20

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | RUSSELL G. VINEYARD | COURTROOM DEPUTY CLERK: | A. ZARKOWSKY |
| CASE NUMBER: | 1:20mj655 | DEFENDANT'S NAME: | Donald Lockard |
| AUSA: | Secret Sneed | DEFENDANT'S ATTY: | Brian Mendelsohn |
| USPO / PTR: | Krystal Batchelor | ( ) Retained  ( ) CJA  (✓) FDP  ( ) Waived | |
| ARREST DATE | 8/6/2020 | | |

✓ Initial appearance hearing held.    ___ Defendant informed of rights.
___ Interpreter sworn:

**COUNSEL**

✓ ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

✓ Defendant WAIVES identity hearing.    ✓ WAIVER FILED
___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.
___ Defendant WAIVES preliminary hearing in this district only.    ___ WAIVER FILED
___ Preliminary hearing HELD.   ___ Probable cause found; def. held to District Court for removal to other district
___ Commitment issued. Detention hearing to be held in charging district

**BOND/PRETRIAL DETENTION HEARING**

___ Government oral motion for detention filed .    _____ @ _____
___ Pretrial hearing set for _____ @ _____    ( ) In charging district.)
✓ Bond/Pretrial detention hearing HELD
___ Government motion for detention ( ) GRANTED  ( ) DENIED
___ Pretrial detention ordered.   ___ Written order to follow.
✓ BOND set at $15,000   ✓ NON-SURETY   ___ SURETY
       ___ cash     ___ property     ___ corporate surety ONLY
✓ SPECIAL CONDITIONS: See Order
_____
✓ Defendant released.
___ Bond not executed. Defendant to remain in Marshal's custody.
___ Motion   ( verbal) to reduce/revoke bond filed.
___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED
___ See page 2